Next case is George Kersey v. Director of the Patent and Trademark Office, 2009-11-15 Actually it's not 11-15, it's 11-45, but we'll proceed anyway. May it please the court, I'm George Kersey, the appellant. I have been a patent attorney since about 1960. Unfortunately I became involved in a domestic relations dispute that led to my disbarment by the state of New Hampshire on the ground that I'd violated rules of conduct, namely that I had disobeyed a court order and engaged in the unauthorized practice of law. Well the next thing that happened, Massachusetts on reciprocal discipline also disbarred me. Mr. Kersey, I think we have all these facts from the briefs. Yes. But the question is, what was decided by the district court? What is before us? Was the case before the district court final and therefore do you have a right to appeal to us at this time? Yes, the Supreme Court has ruled that pauperous status can be appealed to this court. Well, but that was a case that wasn't a dismissal without prejudice. Your IFP motion was denied here without prejudice. What do you understand without prejudice to admit? Well, I understand without prejudice that there are some conditions that apply to impauperous status. For example, if you bring a frivolous case, or if you bring a malicious case, you're not entitled to pauperous status. But doesn't without prejudice suggest that you could have made a different, fuller showing to the district court, and the district court might have ruled differently on your motion? I understand without prejudice to mean that, in fact, the district court specifically said that my case was not malicious and that it was not frivolous. And that was the way I interpreted their statement without prejudice. But what I'm asking is, didn't the district court give you an opportunity to make a better showing about your entitlement to IFP status? I don't believe so, Your Honor. I believe that the decision of the district court was final with respect to several matters. But without prejudice, you say? Yes, it was without prejudice. Which means you could have brought it again with a different set of facts. But did you pay the fee? You presumably didn't. No, I have not paid the fee. I paid the original. There are two cases involved. Was that case dismissed, or is this an interlocutory appeal? It is not an interlocutory appeal because, as I said, it is my understanding, the patent office made the argument that my appeal was interlocutory. But when I cited the decision of the Supreme Court saying that I was entitled to appeal a denial of pauperous status, the patent office agreed with me. Only that issue? On that issue. They agreed that I'm entitled to bring this appeal to this court. If you had IFP status denied in the district court, and then you paid the fee, and you went on to the merits, and you had a decision, and it was adverse to you, and you appealed several issues, in that case, certainly the IFP status could be appealed. The question here is whether the IFP status is appealable on an interlocutory basis when you still have a claim pending in the district court against the director of the patent office. Well, it is my understanding that the Supreme Court has ruled that I'm entitled to make this appeal. And when I, in fact, initially, the argument by the patent office was that this is interlocutory. And when I called the Supreme Court decision to their attention, they agreed with me that I could pursue this appeal. Yeah, but let me tell you, the problem is that that was not a case in which the motion was denied without prejudice. I understand, Your Honor. You have a denial here without prejudice. There are a variety of cases in lots of different areas holding that dismissals of a complaint without prejudice are not final. This seemed to give you the opportunity to go back to him and to make a better showing about your entitlement to IFP status, in which event the district court might have changed its mind. Well, Your Honor, I had submitted the document to claim improper status that is provided and authorized and required by the district court. I had submitted that document. And it was on the basis of that document that my status was denied. Now, since I had complied with the law in submitting the document, setting forth my finances and my condition and the fact that I was unemployed, I believe that it was improper for the district court to deny my status. And I assume that when they denied it without prejudice, it was because the patent office had argued that my cases were frivolous and malicious, and the district court rejected those claims. You still have a claim pending in the district court against the director of the U.S. Patent Office. Yes, I do, Your Honor. And that claim is proceeding in the absence of your having paid the fee?  What happened in my case is after I was vindicated, in my opinion, by New York and New Jersey, the patent office, nevertheless, decided to follow New Hampshire, ignoring what had happened in New York and New Jersey. That's on the merits. That's on the merits. Yes. The case is proceeding in the district court. The answer is, well, may I explain the situation? Originally, the patent office decided to follow New Hampshire and excluded me from practice. Now, after they did that, I proceeded under local rule 87.3 of the federal district court here in the District of Columbia. That required that I file a petition with the court, and I did that. I did that within 10 days, and I complied with all of the requirements for that petition. I also checked with the clerk of the district court on the method of service, and I was told to serve by ordinary mail, and I did that. But the patent office and the Department of Justice did not respond. Eventually, so I had filed that first case, and I had paid that fee, because at that time, I was able, because the fee for filing a petition is less than for filing a complaint. And I was entitled to have my petition decided on the record made in the patent office in accordance with the rules of the district court. Mr. Cressy, you keep on hearing the question about what's still pending in the district court by going back into the history. But our concern, my concern at least, and it sounds like Judge Prost also, if not Judge Dykes, is if there's still a claim against the director in the U.S. Patent Office, unless there is a right to an interlocutory appeal, the case is not final. And there doesn't seem to be a right to appeal. Yes, Your Honor, it is my understanding that when Popper's status is denied under a decision of the United States Supreme Court, I'm entitled to make an interlocutory appeal, and the patent office has agreed with me. The question is, what's happening now in the district court? Well, nothing is happening now, because I have this case on appeal. But my case, yes, I still have a claim. The district court stayed the case? That is correct. But in the absence of your paying the filing fee, and in the absence of your, they state it because it's here on appeal, if that hadn't happened, were you proceeding with your case in the absence of having filed the correct amount of fee? Right? You didn't file the fee. You haven't yet filed the fee. Well, I started to explain, Your Honor, I know it sounds rather confusing, but I filed two cases in the district court. I filed two petitions in the district court. Right. I filed the first petition when I was denied practice. But what about the case that involves the filing fee you're challenging here? That case is pending. Well, I assume that that part of my case will be dismissed unless I pay the filing fee or unless I prevail in this claim. In other words, I have two claims in the district court. I filed a first petition that involved the commissioner of patents. But then at the time that the decision of the commissioner of patents was handed down, I asked for reconsideration. Well, the patent office didn't rule on my reconsideration until about a year later. So I filed a second petition to the effect that that denial of my request for reconsideration was also improper. So I had two petitions. I filed two petitions in the federal district court. Now, for the first petition, I had paid the fee. For the second petition, I applied simultaneously for proper status. And it is that petition that was denied by the district court. And I believe I'm entitled to appeal that denial to this court. And the reason I believe I'm entitled to do that is because I qualify under the federal poverty standards as a proper person. Why don't we hear from the government and see what it has to say about its position. And you have time to come back. Mr. Birch, what about that Supreme Court decision? Does that hold that there is a right to an interlocutory appeal? Because it's not illogical. Because if he's denied IFP status and he doesn't pay the fee, he's out of court. So is there a right to an appeal on an interlocutory basis in an IFP situation? Well, from the court's questioning earlier, I'm less certain about that than I was 15 minutes ago. I think it does matter whether the denial was with or without prejudice. And we did point that out in our brief with the clear implication that we understood. If it had been without prejudice, it was appealable, right? Excuse me? If it was with prejudice, it was appealable. Yes. And that Mr. Kersey could go back to the district court and ask for reconsideration. So what do you understand the district court to have meant here when it said without prejudice? That Mr. Kersey would be free to ask again. And to make a better showing? Yeah, make a better showing. And that's clear from the rest of our argument on our brief. And our position, fundamentally, is that his showing was indeterminate. It was incomplete. It did not provide enough information for the court to be able to make the determination as to whether he could afford both the filing fee. If it's without prejudice, absent the Supreme Court holding, then it's not appealable here because he can clear it up in the district court? Or what is the effect, then, of the Supreme Court holding? Well, if the Supreme—I apologize, Your Honor. I didn't reread that recently enough to know. But I don't—I wouldn't—I would think that the lack of finality would— Your Honor, I was—I'm sorry. The motion— The Supreme Court case was not a without prejudice dismissal, right? I'm sorry, what? The Supreme Court case was not a without prejudice dismissal. That's my understanding. That's right. What about—what if, hypothetically, the district court required that he submit something we would all agree is immensely private and not the kind of information that a reasonable person would want to put on a public record? Let's just assume they said, in order to get this filing fee waived, you have to show us this, this, and this. So you're saying that in order to get that challenged, it's incumbent upon— and if they filed—if the district court decided it would be without prejudice, then sure, he could cure it, arguably, by coming forward with that information. But in the absence of him wanting to put that private information on the record, what you're saying now is that he can't get that appeal. Not at all, Your Honor. That's a very different question, and it's different by reference to the Cohen factors for an interlocutory jurisdiction. Under that situation, if the court were—district court were to refuse, for example, to allow him to file the information under seal, and the court insisted that the court was going to put the information on a public record, then the question of whether that information is on the public record would be final, and it would be effectively unreviewable after the case is over with because the district court would have already published it. That's a quintessential example of a Cohen doctrine jurisdiction, which, for example, things like privileged information. Does privileged information have to be turned over? Once the cat's out of the bag, you can't review it. That would be a classic example of something that is reviewable on an interlocutory basis. But that's not what we have here precisely because he's able to go back to the district court and get a redetermination. If he provides the information. If he provides the information, right. Why did the patent office challenge the IFP motion here? You mean in the district court? Yes. Did you oppose the motion? No, we did not. So it was to its body by the district court? That's right. Right. I would point out, I mean, for whatever it's worth, the docket sheet on the earlier filed action does not indicate to my reading anyway, one way or another, whether a fee was paid. But in any event, the IFP petition or the IFP motion is the second case, the 07 case. I notice your name isn't on the brief. Are you from the Justice Department or the patent office? I'm with the U.S. Attorney's Office, the Justice Department. U.S. Attorney's Office. That's right. Right. That's the first appearance here in this court, as you can probably understand. So the fundamental point about whether the district court's decision was correct, I think, goes to whether the court had the information to decide whether Mr. Kersey was able to afford both the filing fee and the necessities of life under the Atkins standard that is the well-established standard for financial distress in IFP. But he said in his affidavit he didn't have any income. But it's internally inconsistent, Your Honor. How so? Well, on the one hand, he says that he has $900 in cash, which is certainly more than $350. So that alone suggests that it is possible for him to pay. But he does not make a showing about how this would leave him materially impoverished so that he cannot afford the necessities of life. We don't have a description of what he pays for the necessities of life. We have a description that he pays $200 a month for the car, but we have nothing else. And it's very similar to several district court cases I could point you to where the district court in D.C. has found that the record is insufficient even in situations where the person claims no income or a negative cash flow. But the courts have said, no, you need to provide us a fuller picture of your financial situation so that we can make this Atkins determination. And it's completely consistent with the district court's rationale here of denying it without prejudice. Provide more information and we can make a determination. Are there no other questions? Thank you, Mr. Burks. You have some rebuttal time, Mr. Burks. The district court has a form that the litigant completes to ask for proper status. I completed that form to the best of my ability. So what's the problem about supplying some more information? Excuse me? What's the problem with providing some more information? I wasn't asked to provide more information. I provided the information required by the district court. Would you be willing to supply more information? Well, I've supplied more information in my brief to this court. So the answer is yes, you would be willing. I would be willing, but I wasn't asked to supply more information. Based on the information required by the district court, my application for proper status was denied. And I say that was improper. And I believe that I'm entitled to have that claim heard by this court. Now, in addition to that, the district court also dismissed part of my case. So that part of my case is final as to that dismissal, and I would like to have that reconsidered as well. What part was dismissed? Well, what happened in this case, as I said, is I filed petitions with the district court. And the- Wasn't that dismissed related to the situation where you paid the filing fee? Yes, where I paid the filing fee. That is correct. So that's not on the- Because I had, as I said, I filed two petitions. I understand. And the reason I filed two petitions is because there were two separate actions against me by the patent office. Now, instead of responding to my petitions, the patent office took the position that I hadn't proceeded under Rule 4. Well, Rule 4 doesn't apply to petitions. Because I had to proceed under Rule 4, that converted my petitions to civil actions. And because they were converted to civil actions, I amended the original petition to include civil action claims. And those claims were dismissed because the trial court, the district court, said that I had not served the defendants in those cases. Well, I hadn't served the defendants in those cases because the patent office was taking the position that my entire case should be dismissed. So it seems to me that I should be entitled, once the position of the patent office is rejected, that my case should be dismissed, I should be entitled to serve the additional defendants that I had named in the civil action. Do your honors have any questions, further questions? I think not. Thank you, Mr. Cressy. We'll take your case under review. Thank you.